ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-cr-00049-JAM |
| Plaintiff, | **ORDER DISMISSING INDICTMENT AS TO JOVENAL LOPEZ-VILLEGAS AND RECALLING ARREST WARRANT** |
| v. | |
| JOVENAL LOPEZ-VILLEGAS, | |
| Defendant. | |

The United States has moved to dismiss the indictment against JOVENAL LOPEZ-VILLEGAS, filed February 27, 2014. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby **ORDERS** that the indictment against JOVENAL LOPEZ-VILLEGAS is **DISMISSED without prejudice**.

SO ORDERED.

Dated: October 08, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT